IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GARY TESCH, et al.,**

    Plaintiffs,

  v.                                            No. 13-cv-0525 MCA/SMV

**SUSANNA MARTINEZ, et al.,**

    Defendants.

## ORDER

THIS MATTER is before the Court on a Motion for Appointment of Counsel [Doc. 36], filed on March 19, 2014, by Ronald Beachum purportedly on behalf of Plaintiff Tesch. Mr. Beachum—who, apparently, is or was incarcerated with Plaintiff Tesch—asks the Court to appoint counsel to Tesch because Tesch is unable to afford counsel and has limited access to the law library. *Id.* at 1. Beachum hopes that an attorney would help Tesch to present evidence and cross-examine witnesses at trial. *Id.*

However, Mr. Beachum may not bring motions on Plaintiff Tesch's behalf. *See Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000) ("A litigant may bring his own claims to federal court without counsel, but not the claims of others.")

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Ronald Beachum's Motion for Appointment of Counsel [Doc. 36] be **DENIED**.

**IT IS SO ORDERED.**

                                                                                _____

                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**